IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BOURGEOIS, § | |
| TDCJ-CID NO.1379715, § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-07-467 |
| § | |
| PICK KERL, § | |
| Defendant. § | |

## ORDER OF DISMISSAL

For the reasons stated in the Opinon on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $350.00 filing fee.

SIGNED at Houston, Texas, on this 4th day of June, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE